# EXHIBIT C

| | |
|---|---|
| **From:** | Low, Charlie |
| **Sent:** | Tuesday, October 6, 2020 11:25 AM |
| **To:** | mjsrealestate@gmail.com; 6462618228@tmomail.net |
| **Subject:** | SM Kids, LLC v. Google LLC, No. 18-2637 (S.D.N.Y.): Subpoena |
| **Attachments:** | 2020-10-06 Ltr to M. Surkes re Subpoena.pdf |

Dear Mr. Surkes,

Please see the attached correspondence from Ian Shapiro.  We have sent you a hard copy via FedEx.  Please also confirm your receipt of this email and letter.

Regards,

**Charles Low**
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
+1 212 479 6859 office
+1 212 479 6275 fax
chlow@cooley.com

1



Ian Shapiro
+1 212 479 6441
ishapiro@cooley.com

Via Federal Express and
E-mail (mjsrealestate@gmail.com)

October 6, 2020

Michael Surkes
3800 S Ocean Drive, Apt 1023
Hollywood, Florida 33019

Re:   *SM Kids, LLC v. Google LLC*, No. 18-2637 (S.D.N.Y.): Subpoena

Dear Mr. Surkes:

    As you are aware, we served you with a subpoena to produce documents in the case titled *SM Kids, LLC v. Google LLC*, on September 8, 2020.  Your response to that subpoena was due on September 22, 2020.  That date has passed, and we have not yet heard from you.  When we spoke briefly by telephone, I had understood that you would call me back after searching for documents responsive to the subpoena.  But I have not heard back from, including after sending you a text message last Thursday, October 1.

    Please call me at your earliest convenience to discuss producing document in response to the subpoena.  If we do not hear from you, we will ask the Court to enter an order compelling your compliance with the subpoena.

    Finally, I understood from our last discussion that you had not retained counsel to represent you in responding to the subpoena.  If you have retained counsel, please ask your counsel to call me, or you can provide me with contact information for your counsel, and I will communicate directly with your counsel about the subpoena.

Sincerely,

Ian Shapiro