# EXHIBIT D

-----Original Message-----
From: TrackingUpdates@fedex.com <TrackingUpdates@fedex.com>
Sent: Wednesday, October 7, 2020 9:53 AM
To: Nickich, Dawn <dnickich@cooley.com>
Subject: FedEx Shipment 397555969189 Delivered

[External]

_____
_____

This tracking update has been requested by:

Company Name:            Cooley LLP
Name:                    Dawn Nickich
E-mail:                  dnickich@cooley.com

Message:                 PSShip eMail Notification
_____


Our records indicate that the following  shipment has been delivered:


Reference:               278714-261-60755
Ship date:               Oct 6,  2020
Signed for by:           V.VICKY
Delivery location:       Hollywood,  FL

1

| | |
|---|---|
| Delivered to: | Residence |
| Delivery date: | Wed, 10/7/2020 9:51 am |
| Service type: | FedEx Priority Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services | Deliver Weekday |
| | Residential Delivery |
| | Direct Signature Required |
| Standard transit: | 10/7/2020 by 12:00 pm |
| Tracking number: | 397555969189 |

| Shipper Information | Recipient Information |
|---|---|
| Dawn Nickich | Michael Surkes |
| Cooley LLP | 3800 S Ocean Drive apt#1023 |
| 55 Hudson Yards | Hollywood |
| New York | FL |
| NY | US |
| US | 33019 |
| 10001 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:53 AM CDT on 10/07/2020.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and
conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following:
https://urldefense.com/v3/__https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=397555969189&language=en&opco=FX&clienttype=ivother__;!!OPvj_Mo!uRaJuv1sujUrK2h9afrkgkJ45GehrOEyronNi1-neCr-yc1WKb0QdWESBzz04A8$

This tracking update has been sent to you by FedEx on behalf of the Requestor dnickich@cooley.com. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

2

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.